IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRYAN TYSON AND
MONICA TYSON

    Plaintiff,   CASE NO.:   6:23 cv 1304

vs.

NATIONWIDE PROPERTY
AND CASUALTY INSURANCE
COMPANY

    Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW, the Defendant, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, ("NATIONWIDE") by and through its undersigned counsel, and pursuant to 28 U.S.C. § 1441(a), hereby removes an action pending in the Circuit Court of the Ninth Judicial Circuit of Florida, in and for Orange County, Florida, styled *Bryan Tyson and Monica Tyson v. Nationwide Property and Casualty Insurance Company,* Case No. 2023-CA-012694-O, where Plaintiffs, Bryan and Monica Tyson ("Plaintiffs"), sued Defendant, and states:

### TIMELY NOTICE OF REMOVAL

1.    By Complaint of June 7, 2023, Plaintiffs sued NATIONWIDE. NATIONWIDE was served on June 13, 2023, through the Department of Financial Services. Defendant has moved for an extension of time to respond to the Complaint in State Court. The Motion has not yet been heard.

2. Plaintiffs alleged that the dwelling located at 702 Marsh Reed Drive, Winter Garden, Florida 34787 (the "Subject Property"), which is insured by NATIONWIDE, sustained damages due to Hurricane Ian. See **Exhibit "1"**, **Complaint**, at ¶¶ 4, 6. s

3. The Complaint did not state the specific amount of damages sought by Plaintiff, and only states that this is an action for damages in excess of $50,000.00, inclusive of interest, costs, and attorney's fees. **Complaint** at ¶1.

4. Pursuant to 28 U.S.C § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "2"** as follows:

   a) Civil Cover Sheet;
   b) Complaint;
   c) Notice of Designation of Service Address;
   d) Request for Admissions;
   e) Request for Production;
   f) Notice of Service of Interrogatories;
   g) Streamlined Standing Case Management Plan/Order;
   h) Summons Issued Electronically;
   i) Notice of Service of Process/Return;
   j) Notice of Appearance;
   k) Certification and Notice of Removal;
   l) Notice of Removal to Opposing Counsel.

## VENUE AND JURISDICTION

5. This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Orlando Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is

filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C § 1446 (b) (3) and Local Rule 3.1.

6. As fully set forth below, this Court has jurisdiction because the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

## COMPLETE DIVERSITY EXISTS

7. At the time of the lawsuit and the filing of this Notice of Removal, there was and still is complete diversity between Plaintiffs, Bryan and Monica Tyson (citizens of Florida) on the one hand, and Defendant, NATIONWIDE (not a Florida citizen) on the other.

8. Mr. Bryan Tyson is a citizen of Florida. He is a property owner in Orlando, Florida, and claims homestead exemption as to his home, evidencing his citizen status in this State. *See* **Composite Exhibit "3"**: Property Records. Mrs. Monica Tyson is also a citizen of Florida. She claims homestead exemption as to her home, evidencing her citizen status in this State. *Id*.

9. NATIONWIDE is incorporated in the State of Ohio, and has its principal place of business in the State of Ohio. Accordingly, at all times material to this action, NATIONWIDE is a citizen of the State of Ohio. NATIONWIDE is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. At all times material to this action, NATIONWIDE has been a foreign corporation doing business in Florida. Accordingly, NATIONWIDE is a citizen of the State of Ohio for purposes of determining diversity under 28 U.S.C. § 1332(c) (1).

10. Accordingly, there is complete diversity of citizenship between the parties within the meaning of 28 U.S.C. §1332 because NATIONWIDE is a citizen of Ohio and Plaintiff is a citizen of Florida.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

11. Plaintiffs sued NATIONWIDE for breach of an insurance policy, alleging failure to pay insurance proceeds related to Hurricane Ian impacting their property.

12. The Complaint did not state the specific amount of damages sought by Plaintiff, and only states that this is an action for damages in excess of $50,000.00, inclusive of interest, costs, and attorney's fees. **Complaint** at ¶1.

13. During the claims investigation, and by attachment to a Notice of Intent to Initiate Litigation, on or about February 21, 2023, Plaintiff, submitted an estimate in the amount of $137,953.82. *See* **Composite Exhibit "4"**, **Notice of Intent to Initiate Litigation and estimate by Public Adjuster**.

14. NATIONWIDE extended coverage pursuant to the Policy and issued payments totaling $21,061.42 ($14,576.52 and $6,484.90).

15. After reduction of prior payments ($21,061.42) and the deductible ($2,500.00) from repair estimate ($137,953.82), the amount in controversy is at least **$116,892.00**, which exceeds the jurisdictional threshold of $75,000.00.

16. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiff and NATIONWIDE are citizens of different states and the

amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

## COMPLIANCE WITH 28 U.S.C. § 1446

18.     NATIONWIDE files copies of all process, pleadings, and orders served on it in the State Action, and such other papers that are exhibits, as required by 28 U.S.C. § 1446, and the Local Rules of this Court.

19.     Pursuant to 28 U.S.C. § 1446(d), NATIONWIDE provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and with the Clerk of Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. Attached to this notice is a copy of all process, pleadings, and orders served upon Defendant, as required by 28 U.S.C. § 1446(a).

**WHEREFORE**, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY requests that this Court exercise jurisdiction over this matter.

[THIS SPACE INTENTIONALLY LEFT BLANK, CERTIFICATE OF SERVICE ON NEXT PAGE]

Respectfully Submitted.

        BUTLER WEIHMULLER KATZ CRAIG LLP

        /s/ Thaïs Passerieu
        THOMAS A. KELLER, ESQ.
        Florida Bar No.: 0153354
        tkeller@butler.legal
        THAIS PASSERIEU, ESQ.
        Florida Bar No.: 1003091
        tpasserieu@butler.legal
        Secondary   knieman@butler.legal
        400 N. Ashley Drive, Suite 2300
        Tampa, Florida 33602
        Telephone: (813) 281-1900
        Facsimile: (813) 281-0900
        *Counsel for Nationwide Property and Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

Natalie Fernandez, Esq.
Law Offices of Scott Klotzman, P.A.
2001 Tyler Street, Suite 5
Hollywood, FL 33020-4570
nf@scottklotzman.com
Secondary: eservice@scottklotzman.com
Counsel for Plaintiffs

Scott Klotzman, Esq.
Law Offices of Scott Klotzman, P.A.
2001 Tyler Street, Suite Five
Hollywood, FL 33020-4566
sk@scottklotzman.com
Secondary: eservice@scottklotzman.com
Counsel for Plaintiffs

by e-mail on July 13, 2023.

/s/Thaïs Passerieu
THAIS PASSERIEU, ESQ.