UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRYAN TYSON and MONICA TYSON,**
      **Plaintiffs,**

v.                                            Case No. 6:23-cv-1304-ACC-DCI

**NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY,**
      **Defendant.**

---

**ORDER OF DISMISSAL**

The Court has been advised by **counsel for Defendant** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on May 20, 2024.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record